UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WALTER BEEBE et al., ) | | |
|             Plaintiffs, ) | | |
| vs. ) | 2:13-cv-01945-RCJ-VCF | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION et al., ) | ORDER | |
|             Defendants. ) | | |

    Plaintiffs sued Defendants in this Court over the foreclosure of their mortgage. Defendants have moved to dismiss, and Plaintiffs have not responded, although a response was due on February 17, 2014. The Court therefore grants the motion. *See* Local R. 7-2(d).

**CONCLUSION**

    IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 3) is GRANTED.

    IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

    IT IS SO ORDERED.

Dated this 27th day of May, 2014.

                                          _____
                                          ROBERT C. JONES
                                          United States District Judge